IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    13-cv-02698-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal With Prejudice (ECF No. 26).   After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice.   Accordingly, it is

ORDERED that the Stipulation of Dismissal With Prejudice (ECF No. 26) is **APPROVED.**   This case is **DISMISSED WITH PREJUDICE**.   Each party shall bear its own attorneys' fees and costs.   Finally, this case is closed for administrative purposes.

Dated:   April 24, 2014

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        UNITED STATES SENIOR DISTRICT JUDGE